UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,            No. C 06-6347 SI (pr)

      Petitioner,                          **ORDER OF TRANSFER**

  v.

ROBERT HOREL,

      Respondent.
_____/

      Timothy Bryan Brooks has filed a petition for writ of habeas corpus to challenge his 2002 conviction in Sacramento County Superior Court. Sacramento County lies within the venue of the Eastern District of California. Brooks is incarcerated at Pelican Bay State Prison in Del Norte County, which lies within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

      IT IS SO ORDERED.

DATED: November 20, 2006

                                                                         SUSAN ILLSTON
                                                                    United States District Judge